**Dismissed and Memorandum Opinion filed February 11, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00732-CV

### DAVID J. POWERS, Appellant

### V.

### TEXAS WORKFORCE COMMISSION, STEPHANIE A. BREWSTER, JOYCE A. GREEN, MICHAEL A. MCNAIR AND CHAD WALL, Appellees

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-29928**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 21, 2013. The clerk's record was filed September 30, 2013. No reporter's record was taken. No brief was filed.

On January 3, 2014, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was

late, on or before, February 3, 2014, the court would dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher and Brown.